■ ARNOLD SCHILDHAUS v. CITY OF NEW YORK.— Motion for an order directing the Clerk of this court to accept record on appeal denied, but with leave to movant to file his record on the cross appeal for the January 1963 Term. The main appeal noticed for the November 1962 Term is adjourned to the January 1963 Term. Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

## (October 26, 1962)

■ SAM ZAUSNER et al. v. FOTOCHROME, INC.— Motion[s] to dismiss appeal denied. Motion for an order directing the Clerk of this court to add appeals to the November 1962 Term Calendar of this court granted to the extent of directing the defendants-appellants to notice the appeals for the November 1962 Term of this court upon the filing of a proper note of issue and a notice of argument within two days after entry of the order herein. Respondents' points are to be served and filed on or before November 5, 1962. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of DAVID NICKELSBURG, Deceased.— Motion granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including November 7, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before November 22, 1962. Reply points, if any, are to be served and filed on or before November 26, 1962. That branch of the motion seeking to dispense with printing is granted to the extent of dispensing with the printing in the record on appeal of objectant's Exhibit 4 and respondents' Exhibits 7, 16 and 17 on condition that the originals thereof are filed with this court on or before November 7, 1962. The order of this court entered on October 18, 1962 is modified accordingly. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.